**Arlo W. REMMEN; Ashland Salvage, Inc., a Nebraska Corporation, Appellants,**

v.

**CITY OF ASHLAND, NEBRASKA, et al., Appellees.**

No. 09–3436.

United States Court of Appeals, Eighth Circuit.

Submitted: April 29, 2010.

Filed: May 4, 2010.

Terry K. Barber, Barber & Barber, Lincoln, NE, for Appellants.

Randall L. Goyette, Derek C. Zimmerman, Baylor & Evnen, Mark Allan Fahleson, Rembolt & Ludtke, Kevin L. Griess, Bradley D. Thornton, Assistant Attorney Generals, Attorney General's Office, Vincent Valentino, Lincoln, NE, for Appellees.

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

Arlo W. Remmen and Ashland Salvage, Inc., appeal the district court's [1] dismissal

---

**1.** The HONORABLE RICHARD G. KOPF, United States District Judge for the District of Nebraska.

of their 42 U.S.C. § 1983 claims arising out of a longstanding land use and zoning dispute over their operation of a junk and salvage yard in Ashland, Nebraska. Reviewing the dismissal de novo, we conclude that appellants' constitutional takings, due process, and equal protection claims were properly dismissed for the reasons stated by the district court in its Memorandum and Order dated September 18, 2009. We further conclude that the court did not abuse its discretion in denying appellants' belated request for leave to amend. *See In re 2007 Novastar Fin. Inc., Sec. Litig.,* 579 F.3d 878, 884–85 (8th Cir.2009). Accordingly, we affirm. See 8th Cir. R. 47B.